# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN

## CRIMINAL MINUTE SHEET

| USA v. DANIEL FRANCIS GRAMS | District Judge: Robert Holmes Bell |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:08-CR-38 | 8/27/09 | 8:45 - 9:00 a.m. | Grand Rapids | |

### APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Brian Delaney for Ray Beckering | David Kaczor | FPD Appointment |

### TYPE OF HEARING
- ___ Arraignment:
  - ___ mute
  - ___ not guilty
  - ___ guilty
  - ___ nolo contendre
- ___ Final Pretrial Conference
- ___ Detention   (waived ___)
- ___ Motion Hearing
- ___ Revocation/SRV/PV
- ___ Bond Violation
- ___ Change of Plea
- ___ Sentencing
- ___ Trial
- ✓ Other: Re-Sentencing

### DOCUMENTS
- ___ Defendant's Rights
- ___ Waiver of Indictment
- ___ Other: _____

Court to Issue:
- ___ Order of Detention
- ___ Notice of Sentencing
- ___ Order Appointing Counsel
- ✓ Other: Amended Judgment

### CHANGE OF PLEA
Charging Document:
___ Read     ___ Reading Waived

Guilty Plea to Count(s) _____ of the _____

Count(s) to be dismissed at sentencing: _____

- ___ Presentence Report Ordered
- ___ Presentence Report Waived
- ___ Plea Accepted by the Court
- ___ Plea Taken under Advisement
- ___ No Written Plea Agreement

### SENTENCING

Imprisonment: 71 months
Probation: 
Supervised Release: 3 years
Fine: $
Restitution: $ 3883.00
Special Assessment: $ 100.00

Plea Agreement Accepted: ___ Yes   ___ No
Appeal Packet Given: ✓ Yes   ___ No
Conviction Information:
Date: 
By: 
As to Count(s): 

### ADDITIONAL INFORMATION:

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |

| CASE TO BE: | TYPE OF HEARING: |
|---|---|
| | |

| Reporter/Recorder: Kevin Gaugier | Case Manager: S. Bourque |
|---|---|